IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CIV. NO. 08-00045 JMS/KSC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| WILBERT KAIMIKAUA AND DEANNA KAIMIKAUA, | ) | |
| Defendants. | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 11, 2009 , and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 2, 2009.



　　　　　　　　　　　　　　　 /s/ J. Michael Seabright
　　　　　　　　　　　　　　　J. Michael Seabright
　　　　　　　　　　　　　　　United States District Judge